Jordan A. Sussman, Esq.
ZIEF, DIMENT & GLICKMAN
109 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: (415) 986-3644
Fax: (415) 982-5130

*Attorneys for Plaintiff*
*US Capital Partners, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| US CAPITAL PARTNERS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>         v.<br><br>AHMSA INTERNATIONAL, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No:. C 12 6520 JSC<br><br>**STIPULATION OF DISMISSAL** |

To:  David M. Bond, Esq.                        Thomas G. Ciarlone, Jr., Esq.
     Burleson LLP                               Burleson LLP
     700 Milam Street, Suite 1100               112 East Pecan Street, Suite 700
     Houston, Texas 77002                       San Antonio, Texas 78205
     dbond@burlesonllp.com                      tciarlone@burlesonllp.com

     Jeffrey G. Knowles, Esq.                   Julia D. Greet, Esq.
     Coblentz, Patch, Duffy & Bass LLP          Coblentz, Patch, Duffy & Bass LLP
     One Ferry Building, Suite 200              One Ferry Building, Suite 200
     San Francisco, California 94111-4213       San Francisco, California 94111-4213
     jknowles@coblentzlaw.com                   jgreer@coblentzlaw.com

NEWYORK/#327655.1

This Stipulation is entered into by Plaintiff, U.S. Capital Partners, LLC ("USCP" or "Plaintiff"), and defendant, AHMSA International, Inc. ("AHMSA" or "Defendant") (hereinafter the "Parties"):

WHEREAS, the Parties settled the above-captioned matter; and

IT IS HEREBY STIPULATED AND AGREED UPON by the Parties, by and through their counsel noted below, as follows:

1) the Parties, by and through their respective counsel, hereby stipulate and agree that this action be dismissed, with prejudice and with each party to bear their own costs and attorneys' fees.

**ATTESTION RE ELECTRONIC SIGNATURES**

Pursuant to General Order 45.X.B., I attest that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

Dated: October 14, 2013                    Dated: October 14, 2013

/s/ Jeffrey G. Knowles, Esq.               /s/ Jordan A. Sussman, Esq.
Jeffrey G. Knowles, Esq.                   Jordan A. Sussman, Esq.
COBLENTZ, PATCH, DUFFY & BASS LLP          ZIEF, DIMENT & GLICKMAN
One Ferry Building, Suite 200              109 Geary Street, 4th Floor
San Francisco, CA  94111-4213              San Francisco, CA  94108

SO ORDERED:

Dated: Ocotber 16, 2013

_____ J.S.D.J.



NEWYORK/#327655.1